**STATE OF NEW YORK**  **COUNTY OF ONONDAGA**   INDEX # : 5:12-CV-1414 (TJM/DEP)
**UNITED STATES DISTRICT COURT**   Date Filed: September 14, 2012
**DISTRICT:**

ATTORNEY(S): : PH:
ADDRESS: File No.:

UNITED STATES OF AMERICA C/O GARY VALERINO

*Plaintiff(s)/Petitioner(s)*

vs

MICHAEL JASNIEWSKI JR

*Defendant(s)/Respondent(s)*

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF CHEMUNG

DALLAS TEETER, being duly sworn deposes and says that deponent is not a party to this action, is over the age of 18 years and resides in the State of NEW YORK. That on Oct 24 2012 at 3:19 pm, at 38 CLYMER ST, AUBURN, NY 13021-4732, deponent served the within Summons and Complaint (Student Loan) on: **MICHAEL JASNIEWSKI JR**, Defendant therein named.

#1 INDIVIDUAL By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [X] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [X] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the 12th day of Oct 2012 at 7:26 pm
on the 17th day of Oct 2012 at 7:38 am
on the 20th day of Oct 2012 at 3:19 pm
on the ___ day of ___ at ___
Address confirmed by Mr Wise @ 40

#5 MAIL COPY [X] On Oct 25 2012, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: ___  Color of skin: ___  Color of hair: ___  Age: ___  Height: ___  Weight: ___  Other Features: ___

#7 WIT. FEES the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER

Sworn to before me on Oct 26, 2012

_____
BARBARA FECHT
NOTARY PUBLIC, STATE OF NEW YORK
No.01FE5051850, TIOGA COUNTY
TERM EXPIRES NOVEMBER 13, 2013

_____
DALLAS TEETER
Server's Lic #
Invoice/Work Order # 1114080